UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHNNY WHITE, JR.,

                        Plaintiff,                     **ORDER**

        -against-                          19-cv-543 (CS) (AEK)

C.O. E. TORRES, *et al.*,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court is in receipt of a filing from Kissinger N. Sibanda, Esq., dated September 4, 2022. ECF No. 124. In this submission, Mr. Sibanda states that he has consulted with Plaintiff Johnny White, Jr., and that Mr. White no longer wishes to be represented by Scott Wenzel, Esq., who filed a notice of appearance on Plaintiff's behalf on September 1, 2022, but only for the limited purpose of settlement. *Id.*; *see* ECF No. 122 (Wenzel notice of limited appearance). According to the September 4, 2022 filing, Plaintiff would prefer to be represented by Mr. Sibanda, who would handle the entire case on Plaintiff's behalf. ECF No. 124. Mr. Sibanda requests that the Court "[p]lease allow Mr. Wenzel time to consult with Mr. White so that he can independently confirm Mr. White's wishes and to withdraw from the case." ECF No. 124 at 1.

      After Mr. Wenzel filed his limited notice of appearance, the Court scheduled a settlement conference for October 19, 2022. *See* ECF No. 123. In light of Mr. Sibanda's filing, it is not clear whether it will be possible to proceed with that settlement conference.

      Accordingly, the Court hereby orders Plaintiff and BOTH Mr. Sibanda and Mr. Wenzel to file their own letters updating the Court with respect to Plaintiff's legal representation in this case by no later than **September 16, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff at his address of record.

Chambers staff will e-mail a copy of this order to Mr. Wenzel at scott@yankwitt.com and Mr. Sibanda at ksibanda@temple.edu.

Dated: September 6, 2022
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge