UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
White,

                          Plaintiff(s),

            v.

Torres et al,

                          Defendant(s).
------------------------------------------------------------X

**JUDGMENT**

7:19-CV-00543 (CS)

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, the jury having returned a verdict of $30,000 in compensatory damages in favor of Plaintiff against Defendants Torres and Cunningham as to Plaintiff's first excessive force claim, and a verdict of $1 in nominal damages in favor of Plaintiff against Defendants Torres, Cunningham and Pontante as to Plaintiff's second excessive force claim, and a verdict of $1 in nominal damages in favor of Plaintiff against Defendants Brown, Lorenzo and Panzarella as to Plaintiff's third excessive force and corresponding failure to intervene claim, and in favor of Defendants Brown, Lorenzo and Panzarella as to Plaintiff's sexual assault and corresponding failure to intervene claim, this case is closed.

**DATED:** White Plains, New York
             November 28, 2023

|  |  |
|---|---|
| So Ordered: | RUBY J. KRAJICK |
|  | ———————————— |
|  | Clerk of Court |
|  |  |
| *Cathy Seibel* | BY: *Walter P Clark III* |
| ———————————— | ———————————— |
| U.S.D.J. | Deputy Clerk |